IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**GREENWOOD SCHOOL DISTRICT**                                          **PLAINTIFF**

**V.**                                    **CASE NO. 2:24-CV-2009**

**T.K., AS PARENT OF MINOR DOE**                                  **DEFENDANT**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 21) filed in this case on October 18, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Neither party filed objections to the R&R.[1]

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Motion for Entry of Default by Clerk (Doc. 9) is **DENIED**; the Motion to File Out of Time (Doc. 11) is **GRANTED**; and the Motion to Extend the Time for Service or Request for Declaration (Doc. 13) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this case is **REFERRED** to Magistrate Judge Ford for all pretrial purposes. The Clerk is directed to proceed with the referral.

**IT IS SO ORDERED** on this 5th day of November, 2024.

                                                   */s/ Timothy L. Brooks*
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a Statement in Support of the R&R (Doc. 25).